UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 04-04367 RHK/JSM

---

Allen Canning Company,

        Plaintiff,

West Bend Mutual Insurance Company,

        Intervenor Plaintiff,

vs.

Knight Seed Company, Inc.,

        Defendant and        ***ORDER FOR DISMISSAL***
        Third-Party Plaintiff,       ***WITH PREJUDICE***

vs.

Northwood Bean Company, Inc.

        Third-Party Defendant.

---

Upon the above and foregoing Stipulation for Dismissal with Prejudice and without costs, it is hereby and herewith ordered that the above-entitled action is hereby dismissed in its entirety, on the merits, with prejudice, and without costs to any party, and the Clerk of the Court may enter judgment accordingly.

Dated this  25th  day of   July  , 2005.

        s/Richard H. Kyle
        **HONORABLE RICHARD H. KYLE**
        **JUDGE OF UNITED STATES DISTRICT COURT**